UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
In Re:                                                            Chapter 13

KUSAM SINGH AND                                        Case No. 09-B-36548
PARVINDER SINGH,

                           Debtors,
------------------------------------------------------x

TRUSTEE'S REPORT ON UNCLAIMED DIVIDENDS

To: THE CLERK OF THE BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

   Jeffrey L. Sapir, Trustee of the estate of the above named debtor, reports that the following dividend(s) are unclaimed over 90 days from the date of issuance:

| CLAIMANT(s)' NAME & LAST KNOWN ADDRESS | AMOUNT OF DIVIDEND |
|---|---|
| Mr. & Mrs. Singh | $247.00 |
| 73 Haviland Road | |
| Poughkeepsie, New York 12601 | refund |

   Trustee's check to your order in the sum of $247.00 is annexed representing the total of the aforesaid unclaimed dividend(s).

Dated: White Plains, New York
           March 22, 2011

                                                Respectfully submitted,
                                                */s/ Jeffrey L. Sapir*
                                                JEFFREY L. SAPIR
                                                Standing Chapter 13 Trustee